UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 12-260-DMG | Date | April 19, 2012 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | NOT PRESENT |
|---|---|

| VALENCIA VALLERY | NOT PRESENT | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Steve Martin | Not | ✗ | | David M. Phillips | Not | ✗ | |
| 2) Willie Lemon Oliver | Not | ✗ | | Stephen Demik, DFPD | Not | ✗ | |
| 3) Robert Ricardo Stockling | Not | ✗ | | David M. Reed | Not | ✗ | |
| 4) Corey Flowers | Not | ✗ | | John N. Aquilina, Jr. | Not | ✗ | |
| 5) Tyrone Flowers | Not | ✗ | | Robert E. Soctt | Not | ✗ | |
| 7) Ernest Darby | Not | ✗ | | Robert D. Little | Not | ✗ | |

Proceedings: **(IN CHAMBERS)   NOTICE RE: DISCOVERY PROCEDURES AT SAN BERNARDINO CENTRAL DETENTION CENTER**

It has come to the Court's attention that at least one defendant housed at the San Bernardino County Central Detention Center ("SBCDC") in this case has experienced difficulty reviewing discovery and accessing discovery electronically in the counsel visiting room. Due to space limitations, it may not be feasible to transfer defendants to the Metropolitan Detention Center at this time.

The Court has inquired into these matters and has received assurances that discovery materials may be retained by defendants and laptops may be used during attorney-client visits at the SBCDC, with the following limitations and procedural requirements.

<u>Discovery</u>

Due to space and safety concerns, the amount of discovery materials that each defendant in this case can retain will be limited to up to 2,500 pages at a time.

Counsel may deliver these materials to their clients or, alternatively, may mail discovery materials to their clients. Defendants will not have the ability to secure and/or store discovery materials away from the view of other inmates in their housing units. Defendants do not have the means to secure and/or store large amounts of discovery materials at the facility. Mailed discovery materials should be marked clearly as "attorney-client privilege" or "legal mail," and certain screening and delivery procedures will apply. Once a defendant has

reviewed the materials, they should be returned to counsel before additional materials are provided to defendant that would exceed the 2,500- page limitation.  The facility will work with the Marshal Service to arrange for the return of materials using Federal Express.

Electronic Discovery and Discovery Materials on CD

SBCDC now has two separate law resource rooms each containing one stand-alone computer for defendants to review electronic discovery and discovery materials on CD.  For safety and security reasons, CD's will be maintained in a secure location by facility staff in accordance with the SBCDC's policies and procedures.  Defendants will be allowed to review CD discovery four hours per week based upon a schedule established by SBCDC.  Due to the limited number of law resource rooms available, priority will be given to those defendants who must personally review electronic discovery to assist in their defense.

If a defendant who has such a priority need encounters a problem with access to the law recourse rooms, or if problems arise involving the review and rotation of any type of discovery materials, counsel may contact Deputy Roza, Marshal Liaison, at (909) 386-0935.

Laptops

Counsel or their designee (i.e., private investigators and legal assistants) may bring laptops into the counsel visiting room.  Due to the absence of an electrical outlet in the counsel visiting room, laptops should be fully charged.  If Counsel needs access to electrical outlet, he or she shall notify the visiting deputy in charge so that Counsel may be situated in the cubicle closest to the attorney conference room where an electrical outlet exists and the visiting deputy will provide an extension cord.  If Counsel intends to authorize his or her designee to visit with a client for the purpose of document review, Counsel shall identify the name and position of the designee(s) on law firm letterhead, and the name and federal register number of the client to whom Counsel seeks access.  Counsel shall provide their designee(s) with a copy of the original letter for each subsequent visit.  Counsel may fax the letter to the attention of the United States Marshal Liaison Office at (909) 386-0949.  If there is a problem gaining access with a laptop, Counsel and/or their designee are directed to speak to the Watch Commander.

Anyone bringing laptop computers into jail facilities shall be prohibited from bringing in any external wireless Internet devices as per facility policy and procedure.

**cc:  USM**